November 22, 2006

Mr. Sylvestre Kempis-Bonola
No. 53542-198
Federal Corrections Institute
P.O. Box 1731
Waseca, MN 56093

Re: United States of America v. Sylvestre Kempis-Bonola
Criminal Docket No. 01-65 (DSD)

Dear Mr. Kempis-Bonola:

The court has received your letter, in which you move the court for a disposition of your case. In that letter, you ask the court to dispose of your case by imposing a concurrent sentence, presumably for the violation of your term of supervised release that was imposed in the Southern District of California, Docket No. 3:98-cr-03416 (GT). However, the court has no authority to sentence you for violating the terms of your supervised release imposed by the Southern District of California, to order a concurrent sentence in that case or to order that the sentence imposed in Docket No. 01cr65 be served concurrent with a sentence in Docket No. 3:98cr3416 that has not yet been imposed.

Sincerely,

s/David S. Doty

DSD/pjm

David S. Doty